IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV135 |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN MHUR, EDWARD FABIN, RICK VANGERPEN, MARTIN TOMICH, KATHY MARSH, RICK MCNEESE, Dr., ROBERT HOUSTON, and UNKNOWN HOPKINS, | ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Leave to Proceed in forma pauperis ("IFP"). (Filing No. 2.) The court's records show that Plaintiff has paid the $350.00 court filing fee. Accordingly, the motion is denied as moot.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Leave to Proceed IFP (filing no. 2) is denied as moot.

April 28, 2008.        BY THE COURT:

                                       *s/Richard G. Kopf*
                                       United States District Judge