IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY JOHNSON, | ) | 8:08CV135 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RYAN MHUR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Plaintiff's October 27, 2008 Letter, which the court liberally construes as a Motion for Reconsideration. (Filing No. 22.) In his Letter, Plaintiff seeks reconsideration of the court's October 7, 2008 Memorandum and Order which dismissed Plaintiff's appeal for failure to pay the court's filing fee or submit a motion for leave to proceed in forma pauperis. (Filing No. 21.) The court has carefully reviewed Plaintiff's Letter and finds no good cause for reconsideration of any portion of its October 7, 2008 Memorandum and Order or Judgment.

    IT IS THEREFORE ORDERED that: Plaintiff's October 27, 2008 Letter (filing no. 22), construed as a Motion for Reconsideration, is denied.

December 16, 2008.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge